UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. 22 Civ. 6276 |
| Plaintiff, | |
| v. | **AFFIRMATION OF EDWARD Y. KIM IN SUPPORT OF DEFENDANTS' MOTION FOR A STAY** |
| SETH MARKIN and BRANDON WONG, | |
| Defendants. | |

------------------------------------------------------------X

I, **EDWARD Y. KIM**, hereby affirm as follows:

1. I am a Partner at the law firm of Krieger Kim & Lewin LLP. My firm represents the defendant, Brandon Wong, in the above-captioned matter.

2. On behalf of Mr. Wong, and for the reasons set forth in the August 16, 2022 Declaration of Maurice H. Sercarz, we join in co-defendant Seth Markin's application for an Order staying this action pending the resolution of the accompanying criminal case, *United States v. Markin and Wong*, 22 Cr. 395 (ER).

Dated:  August 16, 2022         By: /s/ Edward Y. Kim
        New York, New York           Edward Y. Kim
                                     Krieger Kim & Lewin LLP