UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. 22 CV 06276 |
| Plaintiff, | |
| v. | **PROPOSED ORDER** |
| SETH MARKIN and BRANDON WONG, | |
| Defendants. | |

---------------------------------------------------------------X

The DEFENDANTS SETH MARKIN and BRANDON WONG, having moved for a stay of this case until such time as they are either acquitted or convicted and sentenced in the matter known as *United States v. Markin and Wong,* 22 CR 395 (ER) and

The Securities and Exchange Commission having consented to this application, and

Good cause appearing to grant such application,

NOW, THEREFORE, IT IS ORDERED:

THIS MATTER BE, AND HEREBY IS, STAYED, until such time as the Defendants Seth Markin and Brandon Wong, are either acquitted or convicted and sentenced, in the matter known as *United States v. Markin and Wong,* 22 CR 395 (ER).

IT IS SO ORDERED:

_____
HON. VICTOR MARRERO
U. S. D. J.