```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,   No. 22 CV 06276

                Plaintiff,

v.   **PROPOSED ORDER**

SETH MARKIN and BRANDON WONG,

                Defendants.

---------------------------------------------------------------X

The DEFENDANTS SETH MARKIN and BRANDON WONG, having moved for a stay of this case until such time as they are either acquitted or convicted and sentenced in the matter known as *United States v. Markin and Wong,* 22 CR 395 (ER) and

The Securities and Exchange Commission having consented to this application, and

Good cause appearing to grant such application,

NOW, THEREFORE, IT IS ORDERED:

THIS MATTER BE, AND HEREBY IS, STAYED, until such time as the Defendants Seth Markin and Brandon Wong, are either acquitted or convicted and sentenced, in the matter known as *United States v. Markin and Wong,* 22 CR 395 (ER). The parties shall notify the Court by letter within one week of the disposition of the criminal case.

                IT IS SO ORDERED:

New York, New York
Dated: August 17, 2022

                Victor Marrero
                U.S.D.J.