

NEW YORK
REGIONAL OFFICE

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

March 19, 2024

**By ECF**

Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

  Re: *SEC v. Markin, et al.*, 22 Civ. 6276 (JHR)

Dear Judge Rearden,

  Pursuant to the Court's August 17, 2022 Order granting a stay (DE 11), Plaintiff Securities and Exchange Commission ("SEC") and Defendants Seth Markin ("Markin") and Brandon Wong ("Wong") respectfully submit this letter to notify the Court of the disposition of the related criminal case. Additionally, the SEC requests that the Court reopen the case against Defendants for purposes of adjudicating the SEC's remaining monetary relief claims. Defendants consent to this request.

  Both defendants entered guilty pleas and were sentenced in the parallel criminal case in this District, *United States v. Markin et al.*, 22 Cr. 395 (ER). On March 13, 2024, Markin was sentenced to a term of incarceration of 15 months, to be followed by three years of supervised release, and has been ordered to forfeit $82,366. On January 26, 2024, Wong was sentenced to a term of incarceration of five months, to be followed by three years of supervised release, and has been ordered to forfeit $1,353,673.54.

  In this civil case, the Court has entered consent judgments against both Defendants, which impose all injunctive relief sought by the SEC as to both Defendants. (DE 18 & 24.) However, the judgments leave open the amount of monetary relief, if appropriate, to be entered against Defendants until further consent or in connection with a motion filed by the Commission, at a later date. The SEC and Defendants are currently engaged in discussions aimed at reaching consensual resolutions of the open monetary relief claims in the SEC's civil case.

  Accordingly, to the extent that the Court's use of the word "terminated" at the end of the text of docket entries 18 and 24 was meant to close this matter as to Defendants, the SEC respectfully requests that the Court direct the Clerk to reopen the matter as to both Defendants.

Hon. Jennifer H. Rearden
March 19, 2024
Page 2

                Respectfully submitted,

                *s/ Chevon Walker*
                Chevon Walker
                Counsel for Plaintiff
                Securities and Exchange Commission
                (212) 336-0090
                WalkerCH@sec.gov

                Maurice H. Sercarz
                Sercarz & Riopelle, LLP
                950 Third Ave, 31st Floor
                New York, NY 10022
                (212) 586-4900
                msercarz@sercarzandriopelle.com

                *Counsel for Defendant Seth Markin*

                Nicholas Lewin
                Andrew Stahl
                Krieger Lewin LLP
                350 Fifth Ave., Suite 7710
                New York, NY 10118
                (212) 390-9559
                Nick.lewin@kriegerlewin.com

                *Counsel for Defendant Brandon Wong*